ORIGINAL

FILED
Clerk
District Court

FEB 10 2006

For The Nor...
By___

ALDAN_H.amgar

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 99-00047 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATED MOTION FOR AN AMENDED WRIT OF CONTINUING GARNISHMENT** |
| HERMAN PALACIOS ALDAN, | ) | |
| Defendant, | ) | |
| TINIAN MUNICIPAL TREASURER, | ) | |
| Garnishee. | ) | |

WHEREAS Defendant, HERMAN PALACIOS ALDAN, P.O. Box XXX, Tinian, MP 96952, Social Security Number XXX-XX-6435, has requested that wages paid to the judgment defendant, in the amount of $150.00 per pay period, be made payable to the Clerk, U.S. District for the Northern Mariana Islands for payment toward his restitution that is due and owing;

//

//

1  Plaintiff, UNITED STATES OF AMERICA, and Defendant, HERMAN PALACIOS
2  ALDAN, hereby jointly move the Court for an order of an amended writ of continuing
3  garnishment on the wages paid to the judgment defendant, in the amount of $150.00 per pay
4  period, until his restitution obligation is paid in full.

Dated: 1/80/06

*[signature]*
HERMAN PALACIOS ALDAN
Defendant


LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 2/6/06          By: *[signature]*
MARIVIC P. DAVID
Assistant U.S. Attorney