ORIGINAL

ALDAN_H.amgar

FILED
Clerk
District Court

FEB 1 3 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HERMAN PALACIOS ALDAN, ) <br> ) <br> Defendant, ) <br>_____) <br> ) <br> TINIAN MUNICIPAL TREASURER, ) <br> ) <br> Garnishee. ) <br>_____) | CRIMINAL CASE NO. 99-00047 <br><br> **AMENDED WRIT OF CONTINUING GARNISHMENT** |

Upon stipulated motion of Plaintiff and Defendant for an order of an Amended Writ of Continuing Garnishment on Defendant, HERMAN PALACIOS ALDAN's wages in the amount of $150.00 per pay period.

//

//

//

IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment on wages in the amount of $150.00 per pay period of HERMAN PALACIOS ALDAN, Social Security Number XXX-XX-6435, until further notice.

Checks should be made payable to:

**CLERK, U.S. DISTRICT COURT FOR THE NMI**

and mailed to:

U.S. District Court for the Northern Mariana Islands
2nd Floor, Horiguchi Building, Garapan
P.O. Box 500687
Saipan, MP 96950

DATED this __13th__ day of __FEBRUARY__, 2006.

_____
ALEX R. MUNSON
Chief Judge
District Court for the Northern
   Mariana Islands

RECEIVED
FEB 10 2006
Clerk
District Court
Northern Mariana Islands