| | |
|---|---|
| 1 | ALDAN_H.amgar |
| 2 | LEONARDO M. RAPADAS<br>United States Attorney |
| 3 | MARIVIC P. DAVID<br>Assistant U.S. Attorney |
| 4 | Sirena Plaza, Suite 500<br>108 Hernan Cortez Avenue |
| 5 | Hagåtña, Guam 96910-5059<br>TEL: (671) 472-7332 |
| 6 | FAX: (671) 472-7215 |
| 7 | Attorneys for United States of America |

```
F I L E D
    Clerk
District Court

FEB 28 2006

For The Northern Mariana Islands
By_____
        (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 99-00047 |
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| HERMAN PALACIOS ALDAN, | ) | |
| Defendant, | ) | |
| TINIAN MUNICIPAL TREASURER, | ) | |
| Garnishee. | ) | |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that filed copies of the following: **Stipulated Motion for an Amended Writ of Continuing Garnishment** and **Amended Writ of Continuing Garnishment** were sent to the defendant and garnishee by mail on February 22, 2006.

*[signature]*
MICHELLE PEREZ