ORIGINAL

**ALDAN_H.aacg**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
Clerk
District Court

APR - 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 99-00047 |
| Plaintiff, ) | |
| vs. ) | **ANNUAL ACCOUNTING** |
| HERMAN PALACIOS ALDAN, ) | **IN GARNISHMENT** |
| Defendant. ) | |

To:   Tinian Municipal Treasury
      Attn.: Payroll Section
      P.O. Box 485
      Tinian, MP 96952

Pursuant to Title 28 U.S.C. § 3205(c)(9)(A), the United States of America submits the following annual accounting of the monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishment issued on or about February 3, 2005 and the Amended Writ of Continuing Garnishment issued on or before February 13, 2006, $2,800.00 has been withheld from the Judgment Debtor and applied to the judgment debt.

RESPECTFULLY SUBMITTED this 30th day of March, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

PAYMENT HISTORY
FOR: 2000Z00152

DEBTOR:   Aldan, Herman Palacios
COLLECTION TYPE: 6B
BALANCE AS OF MARCH 20, 2006:        $49,268.78

| DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|
| 21-MAR-2005 | GC/H | 7203 | 27599 | $ 100.00 |
| 04-APR-2005 | GC/H | 7223 | 27820 | 100.00 |
| 19-APR-2005 | GC/H | 7258 | 28061 | 100.00 |
| 02-MAY-2005 | GC/H | 7278 | 28188 | 100.00 |
| 16-MAY-2005 | GC/H | 7297 | 28414 | 100.00 |
| 31-MAY-2005 | GC/H | 7317 | 28557 | 100.00 |
| 16-JUN-2005 | GC/H | 7359 | 28769 | 100.00 |
| 27-JUN-2005 | GC/H | 7376 | 28994 | 100.00 |
| 13-JUL-2005 | GC/H | 7423 | 29190 | 100.00 |
| 22-JUL-2005 | GC/H | 7438 | 29409 | 100.00 |
| 08-AUG-2005 | GC/H | 7473 | 29567 | 100.00 |
| 22-AUG-2005 | GC/H | 7495 | 29778 | 100.00 |
| 09-SEP-2005 | GC/H | 7533 | 29973 | 100.00 |
| 20-SEP-2005 | GC/H | 7549 | 30122 | 100.00 |
| 03-OCT-2005 | GC/H | 7567 | 30227 | 100.00 |
| 17-OCT-2005 | GC/H | 7610 | 30539 | 100.00 |
| 31-OCT-2005 | GC/H | 7632 | 30861 | 100.00 |
| 15-NOV-2005 | CL/A | 7678 | 31006 | 100.00 |
| 28-NOV-2005 | CL/A | 7699 | 31223 | 100.00 |
| 12-DEC-2005 | GC/H | 7730 | 31401 | 100.00 |
| 27-DEC-2005 | GC/H | 7754 |  | 100.00 |
| 09-JAN-2006 | GC/H | 7799 | 31824 | 100.00 |
| 20-JAN-2006 | GC/H | 7820 | 32041 | 100.00 |
| 07-FEB-2006 | GC/H | 7847 | 32244 | 100.00 |
| 17-FEB-2006 | GC/H | 7866 | 9284737232 | 100.00 |
| 20-MAR-2006 | GC/H | 7910 | 32833 | 150.00 |
| 02-MAR-2006 | GC/H | 7879 | 32560 | 150.00 |

TOTAL DOLLAR AMOUNT OF PAYMENTS:        **$2,800.00**

```
                                    PAYMENT HISTORY REPORT
                                                                                          Report: CZ_QRYG
RUN DATE: 29-MAR-2006                      FOR: 2000Z00152/001                            PAGE: 2 OF 4


            DEBTOR: Aldan, Herman Palacios
            COURT NUMBER: CR-99-00047                                                     PRIORITY CODE: 03
CURRENT LIABILITY BALANCE: $49,118.31
```

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| ~~0042~~ | ~~PMNT~~ | ~~6B~~ | ~~27-JAN-2005~~ | ~~CL/A~~ | ~~7110~~ | | ~~9257446792~~ | | ~~$100.00~~ | ~~29-JAN-2005~~ |
| 0044 | PMNT | 6B | 21-MAR-2005 | GC/H | TinianMunicipalTreas | | 27599 | | $100.00 | 22-MAR-2005 |
| 0045 | PMNT | 6B | 04-APR-2005 | GC/H | 7223 | | 27820 | | 2 $100.00 | 05-APR-2005 |
| 0046 | PMNT | 6B | 19-APR-2005 | GC/H | 7258 | | 28061 | | $100.00 | 19-APR-2005 |
| 0047 | PMNT | 6B | 02-MAY-2005 | GC/H | 7278 | | 28188 | | 4 $100.00 | 03-MAY-2005 |
| 0048 | PMNT | 6B | 16-MAY-2005 | GC/H | 7297 | | 28414 | | $100.00 | 17-MAY-2005 |
| 0049 | PMNT | 6B | 31-MAY-2005 | GC/H | 7317 | | 28557 | | 6 $100.00 | 31-MAY-2005 |
| 0050 | PMNT | 6B | 16-JUN-2005 | GC/H | 7359 | | 28769 | | $100.00 | 17-JUN-2005 |
| 0051 | PMNT | 6B | 27-JUN-2005 | GC/H | 7376 | | 28994 | | 8 $100.00 | 28-JUN-2005 |
| 0052 | PMNT | 6B | 13-JUL-2005 | GC/H | 7423-c/o TinianMunic | | 29190 | | $100.00 | 13-JUL-2005 |
| 0053 | PMNT | 6B | 22-JUL-2005 | GC/H | 7438 | | 29409 | | 1000 $100.00 | 22-JUL-2005 |
| 0054 | PMNT | 6B | 08-AUG-2005 | GC/H | 7473-TinianMunicipal | | 29567 | | $100.00 | 15-AUG-2005 |
| 0055 | PMNT | 6B | 22-AUG-2005 | GC/H | 7495-TinianMunicipal | | 29778 | | 2 $100.00 | 24-AUG-2005 |
| 0056 | PMNT | 6B | 09-SEP-2005 | GC/H | 7533-TinianMunicipal | | 29973 | | $100.00 | 09-SEP-2005 |
| 0057 | PMNT | 6B | 20-SEP-2005 | GC/H | 7549-c/o TinianMunic | | 30122 | | 4 $100.00 | 20-SEP-2005 |
| 0058 | PMNT | 6B | 03-OCT-2005 | GC/H | 7567-Tinian Municipa | | 30227 | | $100.00 | 05-OCT-2005 |
| 0059 | PMNT | 6B | 17-OCT-2005 | GC/H | 7610 | | 30539 | | 6 $100.00 | 19-OCT-2005 |
| 0060 | PMNT | 6B | 31-OCT-2005 | GC/H | 7632-TinianMunicipal | | 30861 | | $100.00 | 03-NOV-2005 |
| 0061 | PMNT | 6B | 15-NOV-2005 | CL/A | 7678-TinianMunicipal | | 31006 | | 8 $100.00 | 16-NOV-2005 |
| 0062 | PMNT | 6B | 28-NOV-2005 | CL/A | 7699 | | 31223 | | $100.00 | 29-NOV-2005 |
| 0063 | PMNT | 6B | 12-DEC-2005 | GC/H | 7730-Tinian | | 31401 | | 200 $100.00 | 12-DEC-2005 |
| 0064 | PMNT | 6B | 27-DEC-2005 | GC/H | 7754 | | | | $100.00 | 28-DEC-2005 |
| 0065 | PMNT | 6B | 09-JAN-2006 | GC/H | 7799 | | 31824 | | 2 $100.00 | 10-JAN-2006 |
| 0066 | PMNT | 6B | 20-JAN-2006 | GC/H | 7820 | | 32041 | | $100.00 | 23-JAN-2006 |
| 0067 | PMNT | 6B | 07-FEB-2006 | GC/H | 7847 | | 32244 | | 4 $100.00 | 07-FEB-2006 |
| 0068 | PMNT | 6B | 17-FEB-2006 | GC/H | 7866 | | 9284737232 | | 5 $100.00 | 22-FEB-2006 |
| 0069 | PMNT | 6B | 20-MAR-2006 | GC/H | 7910 | | 32833 | | $150.00 | 27-MAR-2006 |
| 0070 | PMNT | 6B | 02-MAR-2006 | GC/H | 7879 | | 32560 | | 2800 $150.00 | 29-MAR-2006 |