**ALDAN_H.aacg2**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 99-00047 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ANNUAL ACCOUNTING IN GARNISHMENT** |
| HERMAN PALACIOS ALDAN, | ) | |
| Defendant. | ) | |

To:  Tinian Municipal Treasury
     Attn.: Payroll Section
     P.O. Box 485
     Tinian, MP 96952

Pursuant to Title 28 U.S.C. § 3205(c)(9)(A), the United States of America submits the following annual accounting of the monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishment issued on or about February 4, 2005 and the Amended Writ of Continuing Garnishment issued on or before February 13, 2006, $3,750.00 has been withheld from the Judgment Debtor and applied to the judgment debt.

RESPECTFULLY SUBMITTED this 8th day of March, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By:  /s/ Marivic P. David
     MARIVIC P. DAVID
     Assistant U.S. Attorney
     marivic.david@usdoj.gov

PAYMENT HISTORY
FOR: 2000Z00152

DEBTOR:   Aldan, Herman Palacios
COLLECTION TYPE: 6B
BALANCE AS OF FEBRUARY 28, 2007:  $47,391.08

| DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|
| 03-APR-2006 | GC/H | 7937 | 32999 | $ 150.00 |
| 17-APR-2006 | GC/H | 7973 | 33206 | 150.00 |
| 27-APR-2006 | GC/H | 7987 | 33419 | 150.00 |
| 10-MAY-2006 | GC/H | 8010 | 33585 | 150.00 |
| 26-MAY-2006 | GC/H | 8032 | 33744 | 150.00 |
| 09-JUN-2006 | CL/A | 8061 | 33969 | 150.00 |
| 21-JUN-2006 | GC/H | 8075 | 8061 | 150.00 |
| 10-JUL-2006 | GC/H | 08121 | 34458 | 150.00 |
| 24-JUL-2006 | GC/H | 08150 | 34791 | 150.00 |
| 04-AUG-2006 | CL/A | 08179 | 35040 | 150.00 |
| 21-AUG-2006 | GC/H | 08203 | 35304 | 150.00 |
| 05-SEP-2006 | GC/H | 08228 | 35469 | 150.00 |
| 18-SEP-2006 | GC/H | 08254 | 35779 | 150.00 |
| 02-OCT-2006 | CL/A | 08287 | 35992 | 150.00 |
| 13-OCT-2006 | GC/H | 08328 | 36661 | 150.00 |
| 27-OCT-2006 | GC/H | 08341 | 37004 | 150.00 |
| 14-NOV-2006 | GC/H | 08375 | 37251 | 150.00 |
| 04-DEC-2006 | GC/H | 08406 | 37646 | 150.00 |
| 24-NOV-2006 | GC/H | 08392 | 37371 | 150.00 * |
| 26-DEC-2006 | GC/H | 08439 | 37845 | 150.00 |
| 05-JAN-2007 | GC/H | 08456 | 37991 | 150.00 |
| 17-JAN-2007 | GC/H | 08481 | 38242 | 150.00 |
| 29-JAN-2007 | GC/H | 08500 | 38465 | 150.00 |
| 14-FEB-2007 | GC/H | 08523 | 38675 | 150.00 |
| 28-FEB-2007 | GC/H | 08537 | 38907 | 150.00 |

TOTAL DOLLAR AMOUNT OF PAYMENTS:    **$3,750.00**

*out of date payment posted