1 **ALDDAN_H.ter**

2 LEONARDO M. RAPADAS
United States Attorney
3 MARIVIC P. DAVID
Assistant U.S. Attorney
4 Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
6 FAX: (671) 472-7215

7 Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 99-00047 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **MOTION TO TERMINATE** |
| ) | **WRIT OF CONTINUING** |
| ) | **GARNISHMENT** |
| HERMAN PALACIOS ALDAN, ) | |
| ) | |
| Defendant, ) | |
| ——————————————) | |
| ) | |
| TINIAN MUNICIPAL TREASURER, ) | |
| ) | |
| Garnishee. ) | |
| ——————————————) | |

On or about February 4, 2005 and February 13, 2006, a Writ of Continuing Garnishment and an Amended Writ of Continuing Garnishment directed to Garnishee were duly issued and served upon the Garnishee respectively. On or about August 6, 2007 our office confirmed with

//
//
//
//
//

1  garnishee that defendant is no longer employed with them as of June 5, 2007.  Plaintiff
2  respectfully requests that the Court terminate the Writ of Continuing Garnishment against
3  Defendant HERMAN PALACIOS ALDAN.
4  　　　　DATED this 8th day of August, 2007.

　　　　　　　　　　　　　　　　　　　　LEONARDO M. RAPADAS
　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　Districts of Guam and the NMI


　　　　　　　　　　　　　　　　By:　　/s/ Marivic P. David
　　　　　　　　　　　　　　　　　　　　MARIVIC P. DAVID
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　marivic.david@usdoj.gov