ALDAN_T.terord

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HERMAN PALACIOS ALDAN, ) <br> ) <br> Defendant, ) <br> _____ ) <br> ) <br> TINIAN MUNICIPAL TREASURER, ) <br> ) <br> Garnishee. ) <br> _____ ) | CRIMINAL CASE NO. 99-00047 <br><br> **O R D E R** <br><br> Re: United States Motion to Terminate Writ of Continuing Garnishment |

Based upon the Plaintiff's Motion to Terminate Writ of Continuing Garnishment, the Court hereby finds that for the reasons stated in the Plaintiff's motion, the Writ of Continuing Garnishment is hereby terminated.

SO ORDERED, this __8th__ day of __August__, 2007.

ALEX R. MUNSON
Chief Judge
District Court for the Northern Mariana Islands

FILED
Clerk
District Court
AUG - 8 2007
For The Northern Mariana Islands
By_____
(Deputy Clerk)

RECEIVED
AUG - 8 2007
Clerk
District Court
The Northern Mariana Islands