1    **ALDAN_H.facg**

2    LEONARDO M. RAPADAS
     United States Attorney
3    MARIVIC P. DAVID
     Assistant U.S. Attorney
4    Sirena Plaza, Suite 500
     108 Hernan Cortez Avenue
5    Hagåtña, Guam  96910
     TEL:  (671) 472-7332
6    FAX:  (671) 472-7215

7    Attorney's for United States of America

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    FOR THE NORTHERN MARIANA ISLANDS
10

11
     UNITED STATES OF AMERICA,          )      CRIMINAL CASE NO. 99-00047
12                                       )
                    Plaintiff,           )
13                                       )
            vs.                          )      **FINAL ACCOUNTING UPON**
14                                       )      **TERMINATION OF GARNISHMENT**
     HERMAN PALACIOS ALDAN,              )
15                                       )
                    Defendant,           )
16   _____)

17
                FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT
18
     To:    Tinian Municipal Treasury
19          Attn.: Payroll Section
            P.O. Box 485
20          Tinian, MP 96952

21          Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the

22   following cumulative accounting of all monies and property received under the Writ of

23   Continuing Garnishment and the Amended Writ of Continuing Garnishment filed in the above

24   entitled action.

25          Pursuant to the Writ of Continuing Garnishment issued on or about February 4, 2005 and

26   the Amended Writ of Continuing Garnishment issued on or about February 13, 2006, $7,600.00

27   has been withheld from the Judgment Debtor and applied to the judgment debt.

28   //

1    You are notified that you have ten (10) days from the receipt of this final accounting to

2  file a written objection to the accounting and request a hearing in accordance with Title 28,

3  U.S.C. § 3205(c)(9)(B).  If you do object, you must state your grounds for objection and send the

4  written objection to the United States District Court for the Norther Mariana Islands , 2nd Floor,

5  Horiguchi Building, Garapan, P.O. Box 500687, Saipan, MP 96950 and the United States

6  Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam   96910.

7    RESPECTFULLY SUBMITTED this 8th day of August, 2007.

8

9                LEONARDO M. RAPADAS
                 United States Attorney
10               Districts of Guam and NMI

11

12   By:    /s/ Marivic P. David
            MARIVIC P. DAVID
13          Assistant U.S. Attorney
            marivic.david@usdoj.gov
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                        - 2 -

PAYMENT HISTORY
FOR: 2000Z00152

DEBTOR:  Aldan, Herman Palacios
COLLECTION TYPE: 6B
BALANCE AS OF JUNE 19, 2007:  $46,938.60

| DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|-----------|------|---------------|-----------|----------------|
| 21-MAR-2005 | GC/H | 7203 | 27599 | $  100.00 |
| 04-APR-2005 | GC/H | 7223 | 27820 | 100.00 |
| 19-APR-2005 | GC/H | 7258 | 28061 | 100.00 |
| 02-MAY-2005 | GC/H | 7278 | 28188 | 100.00 |
| 16-MAY-2005 | GC/H | 7297 | 28414 | 100.00 |
| 31-MAY-2005 | GC/H | 7317 | 28557 | 100.00 |
| 16-JUN-2005 | GC/H | 7359 | 28769 | 100.00 |
| 27-JUN-2005 | GC/H | 7376 | 28994 | 100.00 |
| 13-JUL-2005 | GC/H | 7423 | 29190 | 100.00 |
| 22-JUL-2005 | GC/H | 7438 | 29409 | 100.00 |
| 08-AUG-2005 | GC/H | 7473 | 29567 | 100.00 |
| 22-AUG-2005 | GC/H | 7495 | 29778 | 100.00 |
| 09-SEP-2005 | GC/H | 7533 | 29973 | 100.00 |
| 20-SEP-2005 | GC/H | 7549 | 30122 | 100.00 |
| 03-OCT-2005 | GC/H | 7567 | 30227 | 100.00 |
| 17-OCT-2005 | GC/H | 7610 | 30539 | 100.00 |
| 31-OCT-2005 | GC/H | 7632 | 30861 | 100.00 |
| 15-NOV-2005 | CL/A | 7678 | 31006 | 100.00 |
| 28-NOV-2005 | CL/A | 7699 | 31223 | 100.00 |
| 12-DEC-2005 | GC/H | 7730 | 31401 | 100.00 |
| 27-DEC-2005 | GC/H | 7754 | | 100.00 |
| 09-JAN-2006 | GC/H | 7799 | 31824 | 100.00 |
| 20-JAN-2006 | GC/H | 7820 | 32041 | 100.00 |
| 07-FEB-2006 | GC/H | 7847 | 32244 | 100.00 |
| 17-FEB-2006 | GC/H | 7866 | 9284737232 | 100.00 |
| 20-MAR-2006 | GC/H | 7910 | 32833 | 150.00 |
| 02-MAR-2006 | GC/H | 7879 | 32560 | 150.00 |
| 03-APR-2006 | GC/H | 7937 | 32999 | 150.00 |
| 17-APR-2006 | GC/H | 7973 | 33206 | 150.00 |
| 27-APR-2006 | GC/H | 7987 | 33419 | 150.00 |
| 10-MAY-2006 | GC/H | 8010 | 33585 | 150.00 |
| 26-MAY-2006 | GC/H | 8032 | 33744 | 150.00 |
| 09-JUN-2006 | CL/A | 8061 | 33969 | 150.00 |
| 21-JUN-2006 | GC/H | 8075 | 8061 | 150.00 |
| 10-JUL-2006 | GC/H | 08121 | 34458 | 150.00 |
| 24-JUL-2006 | GC/H | 08150 | 34791 | 150.00 |
| 04-AUG-2006 | CL/A | 08179 | 35040 | 150.00 |
| 21-AUG-2006 | GC/H | 08203 | 35304 | 150.00 |
| 05-SEP-2006 | GC/H | 08228 | 35469 | 150.00 |
| 18-SEP-2006 | GC/H | 08254 | 35779 | 150.00 |
| 02-OCT-2006 | CL/A | 08287 | 35992 | 150.00 |

| DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|-----------|------|---------------|-----------|----------------|
| 13-OCT-2006 | GC/H | 08328 | 36661 | 150.00 |
| 27-OCT-2006 | GC/H | 08341 | 37004 | 150.00 |
| 14-NOV-2006 | GC/H | 08375 | 37251 | 150.00 |
| 04-DEC-2006 | GC/H | 08406 | 37646 | 150.00 |
| 24-NOV-2006 | GC/H | 08392 | 37371 | 150.00 * |
| 26-DEC-2006 | GC/H | 08439 | 37845 | 150.00 |
| 05-JAN-2007 | GC/H | 08456 | 37991 | 150.00 |
| 17-JAN-2007 | GC/H | 08481 | 38242 | 150.00 |
| 29-JAN-2007 | GC/H | 08500 | 38465 | 150.00 |
| 14-FEB-2007 | GC/H | 08523 | 38675 | 150.00 |
| 28-FEB-2007 | GC/H | 08537 | 38907 | 150.00 |
| 13-MAR-2007 | GC/H | 08558 | 39081 | 150.00 |
| 26-MAR-2007 | GC/H | 08575 | 39294 | 150.00 |
| 24-APR-2007 | GC/H | 08629 | 39644 | 150.00 |
| 10-MAY-2007 | GC/H | 08654 | 39797 | 150.00 |
| 24-MAY-2007 | GC/H | 08673 | 39985 | 150.00 |
| 11-JUN-2007 | GC/H | 08701 | 40131 | 150.00 |
| 19-JUN-2007 | GC/H | 08718 | 40259 | 150.00 |

TOTAL DOLLAR AMOUNT OF PAYMENTS:    **$7,600.00**

*out of date payment posted