**ALDAN_H.tersvc**

1  LEONARDO M. RAPADAS
   United States Attorney
2  MARIVIC P. DAVID
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagåtña, Guam 96910-5059
   TEL:  (671) 472-7332
5  FAX:  (671) 472-7215

6  Attorney's for United States of America

7            IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN MARIANA ISLANDS

9  UNITED STATES OF AMERICA,           )    CRIMINAL CASE NO. 99-00047
                                       )
10             Plaintiff,              )
                                       )
11       vs.                           )    **CERTIFICATE OF SERVICE**
                                       )
12  HERMAN PALACIOS ALDAN,             )
                                       )
13             Defendant,              )
   _____)
14                                     )
   TINIAN MUNICIPAL TREASURER,         )
15                                     )
               Garnishee.             )
16 _____)

17

18       I hereby certify that on **August 8, 2007**, I electronically filed the following: **Motion to**

19 **Terminate Writ of Continuing Garnishment** and **Final Accounting Upon Termination of**

20 **Garnishment** with the Clerk of Court using the CM/ECF system.  A copy of the following

21 documents: **Motion to Terminate Writ of Continuing Garnishment**, **Order Re: United**

22 **States Motion to Terminate Writ of Continuing Garnishment** and **Final Accounting**

23 **Upon Termination of Garnishment** were sent to the defendant and garnishee by mail on

24 **August 8, 2007**.

25                              LEONARDO M. RAPADAS
                               United States Attorney
26                              Districts of Guam and the NMI

27

28 DATED:  8/10/07         By:    /s/ Marivic P. David
                                  MARIVIC P. DAVID
                                  Assistant U.S. Attorney
                                  marivic.david@usdoj.gov